ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 25 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| WILFORD BRYAN CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:04-CV-0489-K |
| | § | |
| SUNBELT RENTALS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted and the Defendant's motion for sanctions, filed February 18, 2005, is hereby **DENIED**.

Signed this 25th day of May, 2005.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE